OPINIONS PER CURIAM, ETC., FROM FEBRUARY 21 TO APRIL 10, 1905.

No. 312. EDWARD D. JOHNSON ET AL., APPELLANTS, *v.* ELIZABETH THOMAS. Appeal from the Court of Appeals of the District of Columbia. Motion to dismiss submitted February 20, 1905. Decided February 27, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *McLish* v. *Roff,* 141 U. S. 661; *Lubin* v. *Edison,* 195 U. S. 625; *Lodge* v. *Twell,* 135 U. S. 235; *Haseltine* v. *Central Bank,* 183 U. S. 130. Case below, 23 App. D. C. 141. *Mr. D. W. Baker* and *Mr. Wm. Robert Andrews* in support of motion. *Mr. S. Herbert Giesy* in opposition thereto.

---

No. —, Original. *Ex parte:* IN THE MATTER OF PETER MILLER AND THOMAS SHEPPERSON, PETITIONERS. March 20, 1905. Motion for leave to file petition for writs of *habeas corpus* denied. *Mr. Thomas M. Patterson, Mr. Charles S. Thomas* and *Mr. Milton Smith* for petitioners.

---

No. 201. W. J. WARDER, PLAINTIFF IN ERROR, *v.* MRS. LAURA LOOMIS ET AL. In error to the United States Circuit Court of Appeals for the Fifth Circuit. Argued April 7, 1905. Decided April 10, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Spencer* v. *Duplan Silk Company,* 191 U. S. 526; *Arbuckle* v. *Blackburn,* 191 U. S. 405; *Continental National Bank* v. *Buford,* 191 U. S. 119; *Blackburn* v. *Portland Gold Mining Company,* 175 U. S. 571; *Washer* v. *Bullitt County,* 110 U. S. 558. *Mr. Thomas H. Clark, Mr. A. Seymour Thurmond* and *Mr. Jay Good* for plaintiff in error. *Mr. Millard Patterson* and *Mr. T. J. Beall* for defendants in error.